**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMIL COOPER,** | : | **CIVIL NO. 1:CV-12-1186** |
| Plaintiff, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF** | : | |
| **CORRECTIONS, et al.,** | : | |
| Defendants | | |

**ORDER**

AND NOW, THIS 21st DAY OF APRIL, 2014, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss the amended complaint (Doc. No. 29) is **granted in part and denied in part**. The motion is granted with respect to all claims except the retaliation and the due process claim.

2. Within twenty (20) days from the date of this order, Defendants shall file an answer with respect to the remaining claims.

      S/ Yvette Kane
      YVETTE KANE, District Judge
      Middle District of Pennsylvania