# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIL COOPER,** | : | |
|     Plaintiff | : | No. 01:12-cv-01186 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF CORRECTIONS, et al.** | : | |
|     Defendants | : | |

## ORDER

**ACCORDINGLY**, on this 19th day of December 2014, **IT IS HEREBY ORDERED THAT** Plaintiff Jamil Cooper's motion for preliminary injunctive relief (Doc. No. 44) is **DENIED**. **IT IS FURTHER ORDERED THAT** Plaintiff Jamil Cooper's motion to amend judgment (Doc. No. 48.) is **DENIED**.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
