# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIL COOPER,** | : | |
| | : | |
| Plaintiff | : | **CIVIL NO. 1:12-CV-01186** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 21st day of December, 2015, upon consideration of Plaintiff's Motion to Postpone Summary Judgment (Doc. No. 64), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the Motion (Doc. No. 64) is **GRANTED**. Plaintiff's brief in opposition (Doc. No. 69), counter-statement of material facts (Doc. No. 68), and exhibits (Doc. Nos. 70, 71) are hereby accepted as timely filed. No further period for discovery will be granted.

s/ Yvette Kane
YVETTE KANE
United States District Judge
United States District Court
Middle District of Pennsylvania