**UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

**JAMIL COOPER,** :
:
       **Plaintiff** : **No. 1:12-CV-01186**
:
    **vs.** : **(Judge Kane)**
:
**PENNSYLVANIA DEPARTMENT OF** :
**CORRECTIONS, et al.,** :
:
       **Defendants** :

<u>**ORDER**</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1.  The Defendants' motion for summary judgment (Doc. No. 55) is **GRANTED.**

2.  The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff.

3.  The Clerk of Court shall **CLOSE** this case.

         <u>S/ Yvette Kane</u>
         Yvette Kane
         United States District Judge

Date: March 31, 2016